UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

JUN 25 2024

NATHAN OCHSNER
CLERK OF COURT

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **vs** | § | **CRIMINAL NO.** B-24-319 |
| **ADOLFO MARROQUIN-GARZA** | § | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

On or about December 21, 2023, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**ADOLFO MARROQUIN-GARZA**

knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess in and affecting commerce three (3) firearms and ammunition, namely, a Century Arms Model RAS47, 7.62 caliber pistol; a Pioneer Arms Corporation, Model Hellpup, 7.62 caliber pistol; a Romarm / Cugir, Model RH10, 7.62 caliber rifle, 1,200 rounds of 9mm caliber ammunition; and 1,300 rounds of CCI .22 caliber ammunition.

In violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

_____
ELENA LLANOS-SALINAS
ASSISTANT UNITED STATES ATTORNEY