UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

MAR 18 2025

NATHAN OCHSNER
CLERK OF COURT

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **vs** | § | **CRIMINAL NO. B-24-319-S1** |
| **ADOLFO MARROQUIN-GARZA** | § | |

**SUPERSEDING**
**I N D I C T M E N T**

THE GRAND JURY CHARGES:

**COUNT ONE**

On or about December 21, 2023, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**ADOLFO MARROQUIN-GARZA**

knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess in and affecting commerce three (3) firearms and ammunition, namely, a Century Arms Model RAS47, 7.62 caliber pistol SN: RAS 47107459; a Pioneer Arms Corporation, Model Hellpup, 7.62 caliber pistol SN: PAC113553220; a Romarm / Cugir, Model RH 10, 7.62 caliber rifle SN: MA-25511-14R0, 1,200 rounds of 9mm caliber ammunition; and 1,300 rounds of CCI .22 caliber ammunition.

In violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

**NOTICE OF FORFEITURE**

**18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)**

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendant,

**ADOLFO MARROQUIN-GARZA,**

that upon conviction of a violation of Title 18, United States Code, Section 922(g)(5)(A), 922(d)(5)(A) and Title 18 U.S.C. §554 all firearms involved in said violations are subject to forfeiture, including but not limited to the following:

- Century Arms Model RAS47, 7.62 caliber pistol SN: RAS 47107459
- Pioneer Arms Corporation, Model Hellpup, 7.62 caliber pistol SN: PAC113553220
- Romarm / Cugir, Model RH10, 7.62 caliber rifle, SN: MA-25511-14R0
- 1,200 rounds of 9mm caliber ammunition,
- 1,300 rounds of CCI .22 caliber ammunition.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

_____
ELENA LLANOS-SALINAS
ASSISTANT UNITED STATES ATTORNEY